

DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
www.dlapiper.com

Miles D. Norton
miles.norton@dlapiper.com
T  617.406.6070
F  617.406.6170

February 24, 2014

BY ECF

**MEMO ENDORSED**

Hon. J. Paul Oetken
United States District Court
Room 2101
40 Foley Square
New York, NY 10007

Re:   **SEC v. One or More Unknown Traders in the Securities of Onyx Pharmaceuticals, Inc., 13 Civ. 4645 (JPO)**

Dear Judge Oetken:

We represent defendants Dhia Jafar and Omar Nabulsi, in the above-mentioned action.

Pursuant to Rule 4.H of your Individual Practices in Civil Cases, we respectfully request that the parties be permitted to appear before Your Honor for oral argument on Defendants' motion to dismiss the SEC's amended complaint and to vacate the July 10, 2013 Order Freezing Assets and Granting Other Relief.

Respectfully,

Miles D. Norton

cc:   Alexander M. Vasilescu, Esq. (By email)
John W. Berry, Esq. (By email)
John B. Bulgozdy, Esq. (By email)
Sam S. Puathasnanon, Esq. (By email)
Melissia Buckhalter-Honore, Esq. (By email)

Oral argument will be held on April 10, 2014, at 3:30 p.m. in Courtroom 706, Thurgood Marshall U.S. Courthouse, 40 Foley Square.
So ordered.
February 26, 2014

_____
J. PAUL OETKEN
United States District Judge