UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                          :

SECURITIES AND EXCHANGE COMMISSION,     :   13 Civ. 4645 (JPO)

                                Plaintiff,           :

                                                       :   **NOTICE OF MOTION**

- against -                                             :

ONE OR MORE UNKNOWN TRADERS IN THE      :
SECURITIES OF
ONYX PHARMACEUTICALS, INC.                           :

                                 Defendants.      :

                                                                :
------------------------------------------------------------------ x

To:    Alexander M. Vasilescu
         Securities and Exchange Commission
         New York Regional Office
         3 World Financial Center
         New York, New York 10281
         *Attorneys for Plaintiff*

      PLEASE TAKE NOTICE that upon the Memorandum of Law of Defendants Dhia Jafar and Omar Nabulsi in Support of Their Motion for Reconsideration of the Court's September 29, 2014 Opinion and Order submitted herewith, and all pleadings and proceedings had herein, Defendants Dhia Jafar and Omar Nabulsi, by their attorneys DLA Piper LLP (US), will move this Court before the Honorable J. Paul Oetken, at the United States Courthouse, 40 Foley Square, New York, New York, on a date and time to be set by the Court, for reconsideration of the September 29, 2014 Opinion and Order, pursuant to Local Rule 6.3 and the Court's January 12, 2015 order granting leave to move for reconsideration, see ECF No. 87, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
January 30, 2015

        DLA PIPER LLP (US)

        By:   /s/ Patrick J. Smith

        Patrick J. Smith
        Jeffrey D. Rotenberg
        1251 Avenue of the Americas
        New York, New York  10020
        (212) 335-4500
        patrick.smith@dlapiper.com
        jeffrey.rotenberg@dlapiper.com

        Miles D. Norton
        33 Arch Street
        Boston, Massachusetts 02110
        (617) 406-6000
        miles.norton@dlapiper.com

        *Attorneys for Defendants Dhia Jafar and Omar Nabulsi*